JUDGE COTE

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 0 8 2008
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA           :     INDICTMENT

       -v.-                         :     08 Cr.

SENAD METOVIC,
   a/k/a "Sonny,"                        **08 CRIM 737**
                                   :
             Defendant.
                                   :
- - - - - - - - - - - - - - - - - -x

<u>COUNT ONE</u>

        The Grand Jury charges:

        1.  From approximately in or about May 2007, up to and including in or about March 2008, in the Southern District of New York and elsewhere, SENAD METOVIC, a/k/a "Sonny," the defendant, and others known and unknown, unlawfully, intentionally, and knowingly combined, conspired, confederated, and agreed together and with each other to violate the narcotics laws of the United States.

        2.  It was a part and object of the conspiracy that SENAD METOVIC, a/k/a "Sonny," the defendant, and others known and unknown, would and did distribute, and possess with intent to distribute, a controlled substance, to wit, fifty grams and more of mixtures and substances containing a detectable amount of cocaine base, in a form commonly known as "crack," in violation

of Title 21, United States Code, Sections 812, 841(a)(1), and 841(b)(1)(A).

    3. It was further a part and object of the conspiracy that SENAD METOVIC, a/k/a "Sonny," the defendant, and others known and unknown, would and did distribute, and possess with intent to distribute, a controlled substance, to wit, mixtures and substances containing a detectable amount of cocaine, in violation of Title 21, United States Code, Sections 812, 841(a)(1), and 841(b)(1)(C).

    (Title 21, United States Code, Section 846.)

## OVERT ACTS

    4. In furtherance of the conspiracy and to effect the illegal object thereof, the following overt acts, among others, were committed in the Southern District of New York and elsewhere:

    a. On or about July 5, 2007, SENAD METOVIC, a/k/a "Sonny," the defendant, sold cocaine to an undercover detective of the New York City Police Department (the "UC") after telling the UC that his supplier was unable to obtain crack.

    b. On or about March 18, 2008, METOVIC sold crack to the UC.

    (Title 21, United States Code, Section 846.)

COUNT TWO

The Grand Jury further charges:

5. On or about March 18, 2008, in the Southern District of New York and elsewhere, SENAD METOVIC, a/k/a "Sonny," the defendant, unlawfully, intentionally, and knowingly did distribute and possess with intent to distribute a controlled substance, to wit, mixtures and substances containing a detectable amount of cocaine base, in a form commonly known as "crack."

(Title 21, United States Code, Sections 812, 841(a)(1), 841(b)(1)(C) & Title 18, United States Code, Section 2.)

FORFEITURE ALLEGATION

6. As a result of committing the controlled substance offenses alleged in Counts One and Two of this Indictment, SENAD METOVIC, a/k/a "Sonny," the defendant, shall forfeit to the United States pursuant to 21 U.S.C. § 853, any and all property constituting or derived from any proceeds he obtained directly or indirectly as a result of the said violations and any and all property used or intended to be used in any manner or part to commit and to facilitate the commission of the violations alleged in Counts One and Two of this Indictment.

7. If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

(1) cannot be located upon the exercise of due diligence;

   (2) has been transferred or sold to, or deposited with, a third person;

   (3) has been placed beyond the jurisdiction of the Court;

   (4) has been substantially diminished in value; or

   (5) has been commingled with other property which cannot be subdivided without difficulty; it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

(Title 21, United States Code, Sections 841(a)(1), 846, and 853.)


*/s/ Cynthia Camaquillo*
Foreperson

*/s/ Michael J. Garcia*
MICHAEL J. GARCIA
United States Attorney

4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

SENAD METOVIC,
a/k/a "Sonny,"

Defendant.

INDICTMENT

08 Cr.

(21 U.S.C. §§ 812, 841(a)(1), 841(b)(1)(C),
and 846; 18 U.S.C. § 2)

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

_____
Foreperson.